WO

## UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

```
Juan Alberto Medina-Mendez,   )
                              )
                              )
                              )
              Petitioner,     )
                              )
       vs.                    ) JUDGMENT IN A CIVIL CASE
                              )
United States of America,     ) Case: CV-05-703-TUC-FRZ
                              )       CR-04-1338-TUC-FRZ
              Respondent.     )
_____)
```

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #31 in CR-04-1338-TUC-FRZ) is **DENIED** and this case (CV-05-703-TUC-FRZ) is **DISMISSED**.

December 8, 2005                RICHARD H. WEARE
Date                                 CLERK

                                 S/ *M.  Michelle Mejia*

                                 M.  Michelle Mejia
                                    Deputy Clerk

Copies to:
J/B, FRZ, Medina-Mendez, all Counsel